UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARL DEAKINS,<br><br>          Petitioner,<br><br>    v.<br><br>J. HARTLEY,<br><br>          Respondent. | ) Case No. CV 11-4486 RGK(JC)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.  However, the Court corrects the case citation which appears at page 30, lines 26-28 of the Report and Recommendation to Ferguson v. Roper, 400

1 | F.3d 635, 638 (8th Cir. 2005) (<u>Youngblood</u> does not apply to evidence that was not
2 | lost or destroyed until after trial), <u>cert. denied</u>, 546 U.S. 1098 (2006).
3 |        IT IS THEREFORE ORDERED that Judgment be entered denying the
4 | Petition and dismissing this action with prejudice.
5 |        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
6 | Report and Recommendation, and the Judgment herein on petitioner and counsel
7 | for respondent.
8 |        DATED: September 2, 2014

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE